RECEIVED
DEC 12 2019

# UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

for the

Northern District of Iowa ▼

Cedar Rapids Division

Tabitha Day
E.D.

Case No. 19CV137
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Jury Trial: (check one) ☑ Yes ☐ No

-v-

Cedar Rapids Community School District
Grant Wood Area Education Agency
Sandra Byard
Cindy Fagan

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tabitha Day |
| Address | 3403 Center Point Rd NE |
| | Cedar Rapids, IA 52402 |
| County | Linn |
| Telephone Number | 319-423-4346 |
| E-Mail Address | july72185@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Cedar Rapids Community School District |
| Job or Title *(if known)* | Public School |
| Address | 2500 Edgewood Rd NW |
| | Cedar Rapids, IA 52405 |
| County | Linn |
| Telephone Number | 319-558-2000 |
| E-Mail Address *(if known)* | unknown |

[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Grant Wood Area Education Agency |
| Job or Title *(if known)* | Iowa's intermediate educational agencies (1 of 9) |
| Address | 4401 6th Street |
| | Cedar Rapids, IA 52404 |
| County | Linn |
| Telephone Number | 319-339-6700 |
| E-Mail Address *(if known)* | unknown |

[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Sandra Byard
Job or Title (if known): Health Facilitator
Address: 2500 Edgewood Rd NW
City: Cedar Rapids    State: IA    Zip Code: 524025
County: Linn
Telephone Number: 319-558-4765
E-Mail Address (if known): sbyard@crschools.us

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4
Name: Cindy Fagan
Job or Title (if known): Nurse
Address: 2500 Edgewood Rd NW
City: Cedar Rapids    State: IA    Zip Code: 52405
County: LInn
Telephone Number: 319-558-3376
E-Mail Address (if known): cfagan@@crschools.us

[✓] Individual capacity    [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? ~~Title II subchapter 2 public services part a prohibition against discrimination and other generally applicable~~

Denied access to public school, attendance prohibited and restricted due to disability by school Sandra Byard and Cindy Fagan under the authority granted by the State of Iowa.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Not suing under Bivens.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant acted under a professional license granted by the State of Iowa which was used along with the Iowa Nurse Practitioner Acts alleging Iowa law allows nurses to do whatever they want without parental consent or involvement against doctors written orders and without having to consult or hold an IEP team meeting which federal law requires in IDEA. Defendants acted under color of the law when they used their professional licensing in a official role acting under the authority of the State of Iowa to discriminate against Emily for having severe Epilepsy.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Within the city of Cedar Rapids mostly at the Hiawatha Elementary School as well as via phone, email, text, etc.

B. What date and approximate time did the events giving rise to your claim(s) occur?
August 2018, September 2018, October 2018 December 2018 February 2019 April 2019 August 2019 September 2019 October 2019 ongoing really since the policy was created and put in place to exclude Emily she would have per the policy this year missed 15 days that I have had to give Diastat but I refuse to follow it and send her anyway since she began school this year.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Cindy Fagan the part time nurse new to the district changed Emily's IEP by changing her IHP that is included within her IEP and uploaded to IDEA as an associated file. Without the IHP her IEP is not sufficient in addressing her needs per IDEA requirements. Cindy Fagan made this change without the IEP team she did not consult anyone including the prescribing physician or any organization on the necessity of the requirement that exclude E.D. from school on the basis of her disability. For 9 years the protocol for seizures has been the same it has been effective and there have not been any issues related to Diastat use. I was not aware of her intention to alter the IHP and did not give my consent. I was denied the right to participate in the decision making process there was never a IEP meeting to discuss what was appropriate for E.D. The nurse unilaterally changed the IHP effectively changing her IEP and placement. The special education teacher Erin was involved witnessing some of the interactions that took place, she did not support the position that E.D. must not go to school or will have to leave simply because she needed a prescribed medication. She was aware of and had no issue with the protocols as they had been successfully in place for many years she along with Cindy and myself had a meeting in the end of May prior to the start of school

Page 4 of 6

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emily lost an entire year of school, therapies, socialization, opportunities that other kids had. She had some regression with eating and it is unknown what she would be able to do now had she been in school as repetition over years time is how she learns most things she knows now.

Due to the extreme mental anguish and stress this brought on the time and extensive amount of labor preparing for due process had a huge negative effect on my family and myself. It has strained the relationship between myself and my signifigant other that may not be repairable we have to start counseling or separate. This has taken a physical toll on me that nearly cost me my life. The stress and weight put on me combined with many sleepless nights physically wore me down and an infection jumped into my blood stream causing sepsis in my entire body I was taken in and admitted from the emergency room. I checked myself out against doctors orders because I had an IEP meeting for Emily for this current school year and I didn't want to miss it or have to reschedule as Emily needed to get back in school right away she'd missed too much. It took about 2 months to come back from that but I am still not back to 100% but I don't have the time or ability to think about myself right now.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the State to remand the due process back to the ALJ because he had information in his findings of fact that are wrong and so wrong that if I was given the opportunity I could show with documentation within the submitted evidence and I could supplement more. He took the nurse and health facilitator at their word even over neurologist specializing in the field and the organizations stating they did not support what the school was doing like the Epilepsy Foundation in the evidence I provided they clearly state the school is wrong and misusing the information from their website. I feel that the documents and testimonies from my due process were not considered whatsoever. The school did not provide any valid reason for this policy and it is incorrectly assumed the notion that the IHP is not apart of the IEP in this case.

Money damages for the year of missed school, increased cost of care at home, missed work. My getting sick and hospitalized and the mental anguish it cause and continues to cause stressing and burdening my life. None of this should have happened. Punitive damages for the extreme negligence in the duties of the staff and district required under the ADA, IDEA, section 504 of the Rehabilitation Act they violated are civil rights and they need to be held accountable for that, is district has a history of failing it's students and parents not adhering to or following the laws and regulations required by our state and federal government. Requesting 1,000,000 in punitive damages, $500,000 in actual damages to Emily, and $250,000 in actual damages to me.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/11/ 2019

Signature of Plaintiff

Printed Name of Plaintiff     Tabitha Day

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                                     *City*            *State*       *Zip Code*

Telephone Number
E-mail Address

Additional Claims

1. The policy created after Emily was forced to go home is a violation of the Americans with Disabilities Act. This policy was created only after my refusal to accept the exclusion of my daughter for being epileptic and taking medication. It's creation is based in retaliation for standing up for my daughters right to participate in a free appropriate public education. Targeting only students with Epilepsy subjecting them to discrimination in violation of title II of the ADA and Section 504. No request to the evidence based data used in it's creation has ever been provided to the contrary I provided the expert opinions of highly skilled neurologists within the field prior to the due process hearing and then during the due process ignored by the nurse, school district, and the ALJ. No expert was ever produced for the defendants claims. The creation of this policy was not medically necessary and is not recommended or supported by the organizations cited by the defendants including a letter of support advising the school they are violating Emily's right to FAPE from the Epilepsy Foundations and the information from their organizations is misinterpreted and misused. Letters from her treating physican with his recommendations under her scope of treatment which was not acknowledged when received or on a number of occasions given opportunity. Finally I had the author of the 2016 Guidelines Status for Epilepticus the document Sandra claims supports respitory distress

confirming that she is incorrect and the research actually shows people are safer once receiving Diastat and the risk of distress is nonexistent once a person begins waking from seizure. The manufacturer insert clearly states 911 should be called if after 15 minutes the seizure isn't stopped or tofollow prescribing doctor orders, no monitoring out of the ordinary is required however if it was the supreme court has already ruled on whether or not mechanical intervention as mentioned is covered as it is a related service under IDEA if that was necessary it is a covered nursing service  Sandra feels about it is irrelevant.

2. The findings of fact in the decision from my due process is erroneous in many facts that even within the decision the ALJ notes had they been under different circumstances his ruling would be very different. I provided and can supplement additional evidence contrary to the claimed circumstances of events and that the key information is being used as fact and due to that if corrected changes the outcome of the decision.

3. My rights under the IDEA procedural safeguards guarantee that I am apart of any decision making concerning the IEP and while the IHP itself may fall outside of the scope of IDEA that would only apply in a situation when it stands alone here it does not and for Emily is included in her IEP, uploaded as an associated file therefore it is considered an intrical part of the IEP and is subject to the regulations of IDEA which the school nurse

2

violated when she changed information and did not include anyone in the decision she made to alter the IEP. She did so without an IEP meeting or my knowledge or consent. Further she lied and falsely documented in Emily's health records events that did not occur and claimed she had never met with me prior to the open house which is alarming and false as their was a 45 minute meeting among her, the special eduation teacher and myself where I extensively in detail described and answered any questions related to Emily and her protocols that had been in place the prior nine years of attendance.

4. Because I did not have the opportunity to participate and no IEP team meeting was called it is under IDEA a violation and denying me a FAPE for my daughter. I continually tried to get information and Emily back into school or some agreeable option available those request go ignored which is supported by email and testimony of Steven Probert the school prinicipal. I did not take Emily out of school by choice.

5. Under Iowa law the nurse and health facilitatior have a professianl obligation that they took and oath to uphold which they did not do in this case. The refusal to accept or consider my concerns or the updates to Emilly's sezure activity was in fact required by both state and federal regulations and the refusal to adhere to treating specialist recommendations as previously done was a gross negligence and reckless considering neither nurse had even witnessed an epileptic

3

seizure in Emily. They claim to have contacted different organizations in respect to Diastat however the AEA own employee testified that they surrounding districts did not adhere to this policy and did not have a similar policy in place. The letter sent out for all providers and family in the Cedar Rapids School district through testimony by Sandra Byard does not support this as she testifies that she only sent it to 3 places addressed to a doctor no longer even practicing. She specifically address everything relevant to E.D. situation it is very personal and directed at her.

6. The district, Sandra Byard, Cindy Fagan violated our basic human civil rights and seriously negatively impacted our entire lives because they did not do what is required nor did they even know how the above mentioned laws even applied to them within a school. They did not bother to research or provide the guidelines used. There was no policy in place until after they forced us to leave and imposed unnecessary restrictions on attending school.

7. The following have all been violated by the district itself and/or the named individuals acting in both the official and individual capacity; (that I am sure of but I may be missing some)

- title VI of the Civil Rights Act of 1964
- title VII of the Civil Rights Act of 1964
- Americans with Disabilities Act

4